O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )
                                     )
12           Plaintiff,               )     SA 09-521M
                                     )
13      v.                            )     ORDER OF DETENTION AFTER HEARING
                                     )          (18 U.S.C. § 3142(i))
14  SYLVESTRE APAEZ GERARDO,         )
                                     )
15           Defendant.               )
                                     )
16

17                                    I.

18    A. ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. (X)    serious risk defendant will flee;

26        2. ( )    serious risk defendant will

27           a. ( ) obstruct or attempt to obstruct justice;

28           b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                          II.

2   The Court finds no condition or combination of conditions will reasonable assure:

3   A. ( X )   appearance of defendant as required; and/or

4   B. ( ) safety of any person or the community;

5                                          III.

6   The Court has considered:

7   A. ( x) the nature and circumstances of the offense;

8   B. (x) the weight of evidence against the defendant;

9   C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                         IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**
17  **resources.**

19  C. ( ) A serious risk exists that defendant will:

20      1. ( )   obstruct  or  attempt to  obstruct  justice;

21      2. ( )   threaten, injure or intimidate a witness/ juror; because:

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption
24      provided in 18 U.S.C. § 3142 (e).

25  ///
26  ///
27  ///
28  ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                          - 2 -                              Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3    facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5    consultation with his counsel.

8    Dated: December 11, 2009

                                                    _____
                                                    Marc L. Goldman
                                                    U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                     - 3 -                                     Page 3 of 3